# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:07-cr-00079-W

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SHARU BEY, | ) | |
| Defendant. | ) | |

THE MATTER is before the Court on Defendant's pro se "Motion to Reinstate and Amend Bond Pursuant to the Bail Reform Act § 3142(f)" (Doc. No. 110).

As an initial matter, Defendant is reminded that he has appointed counsel and that motions such as this are more appropriately filed through his appointed counsel. Nevertheless, for the reasons stated in this Court's Order of Detention Pending Trial (Doc. No. 32), the motion is DENIED..

IT IS HEREBY ORDERED that Defendant's pro se motion (Doc. No. 110) is DENIED.

IT IS SO ORDERED.

Signed: October 30, 2007

Frank D. Whitney
United States District Judge