UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07-cr-00079-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHARU BEY, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Supplemental Motion for Compassionate Release, (Doc. No. 492), which was filed by counsel to supplement the prior motion that was filed pro se. Although the Government responded to Defendant's pro se motion, (Doc. Nos. 478, 487), in light of counsel's supplemental arguments and new exhibits, the Court DIRECTS the Government to file a supplement response within fourteen (14) days of this Order. Defense counsel may file a reply within seven (7) days of the Government's response filing.

IT IS SO ORDERED.

Signed: March 29, 2023

Frank D. Whitney
United States District Judge

1