UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-CR-00079-02-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| SHARU BEY , | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Second Motion for Compassionate Release, (Doc. No. 497), which raises new issues not previously addressed by the Government in their responses to the other pending motions, (Doc. Nos. 478, 487, 495). The Court DIRECTS the Government to file a response limited to the newly-asserted arguments of counsel within seven (7) days of the date of this Order.

**IT IS SO ORDERED.**

Signed: May 3, 2023

Frank D. Whitney
United States District Judge

1